# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

ANTHONY J. GRIFFIN, et al.

    Plaintiffs,

v.                                             Civil Action No.: 2:07cv251

CSX TRANSPORTATION, INC.,

    Defendant.

## **O R D E R**

On September 26, 2007, the Court heard argument on a motion to quash and motion for a protective order filed by the plaintiffs [Document No. 15]. The plaintiffs were represented by Richard N. Shapiro, Esq. The defendant was represented by Brent M. Timberlake, Esq. and Gregory F. Holland, Esq. The Official Court Reporter was Sharon Borden.

After a review of the applicable statutory and case law, the Court DENIES the plaintiffs's motions and ORDERS the production of Dr. Michael Brown's complete records by October 5, 2007 for the reasons stated on the record.

The Clerk shall mail a copy of this Order to all counsel of record.

                                                                       /s/
                                                                      Tommy E. Miller
                                                         UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
September 26 , 2007